UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 19-134-4 (FLW) |
| WAYNE K. BUSH | **DETENTION ORDER** |

This matter having been opened to the Court on the application of defendant Wayne K. Bush (through counsel, Robert C. Wolf, Esq.) for an order setting conditions of pre-trial release and on the cross-motion of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (J. Brendan Day and Alexander E. Ramey, Assistant United States Attorneys, appearing) for an order, pursuant to Title 18, United States Code, Section 3142(e), continuing detention of the defendant in the above-entitled matter; it appearing that a hearing on the defendant's application and the Government's motion was held before the Court on November 21, 2019; the Court having reviewed the defendant's written submission and attached exhibits, and having heard argument and proffers of evidence from both the defendant and the government; for the reasons set forth on the record; and for good cause shown:

THE COURT FINDS that:

(i)  The defendant's significant criminal history, including multiple drug trafficking convictions as well as a history of violence in connection with drug trafficking activity, as embodied by his 2017 conviction for manslaughter

for the 2013 shooting and killing of another in connection with the drug trade, weighs strongly in favor of continued detention;

(ii) Without comment on its applicability to the conspiracy charged by the government in the Superseding Indictment, the telephone conversation between the defendant and an alleged co-conspirator captured by the government's wiretap at the very least evinces a continuing danger to the community that the defendant may reengage in criminal conduct if released;

(iii) The defendant's documented efforts at self-improvement while incarcerated, the defendant's proposed third party custodians vetted by Pre-trial Services, and the show of community support for the defendant at the hearing, while noted, are insufficient to rebut the presumption in favor of detention and are outweighed by the factors demonstrating the danger posed to the community by the defendant's pre-trial release;

(iv) For these and all other reasons set forth on the record, the applicable presumption in favor of detention set forth in Title 18, United States Code, Section 3142(e)(3)(A) has not been rebutted; and

(v) no condition or combination of conditions of pre-trial release can reasonably assure the safety of the community in this case;

IT IS, therefore, on this 21st day of November, 2019,

ORDERED, that the defendant's application for an order setting conditions of pre-trial release is DENIED and the government's cross-motion for continued detention is GRANTED;

2

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Wayne K. Bush, be detained, and that he be committed to the custody of the Attorney General or his authorized representative;

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE FREDA L. WOLFSON
Chief United States District Judge