# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L Wolfson, U.S.D.J. |
| v. | : | Case No.: 19-cr-134 |
| WAYNE BUSH, | : | |
| Defendant. | | |

**THIS MATTER**, having come before the Court by request of the defendant Wayne Bush, seeking an ORDER allowing the Defendant to attend Funeral Services for his Grandmother, Anna May Bush at the Anderson Funeral Home on North Willow Street in Trenton NJ, occurring on Friday May 8th between the hours of approximately 1:00 pm and 3:30 pm (which shall include travel time); as well as the Burial Services on Saturday, at the Anderson Funeral Home and the Greenwood Cemetery in Hammonton New Jersey, occurring on May 9th between the hours of 1:00 pm and 4:00 pm (which shall include travel time), and for good cause shown;

**IT IS** on this __7th__ day of __May__, 2020, hereby ORDERED that, provided that the Defendant submits proof of the Funeral services and their locations to the Pretrial Services Department, the conditions of the defendant's Pretrial Release are hereby amended, solely to allow Wayne Bush to attend the Funeral Services as described above.

and it is further ORDERED that defendant shall not travel to any other location other than the aforementioned funeral home and cemetery;

and it is further ORDERED that all other conditions of the defendant's pretrial release shall remain in place.

_____
**ROBERT C. WOLF**
Attorney for the Defendant

_____
**J. BRENDAN DAY**
Assistant United States Attorney

_____
**HON. FREDA L WOLFSON**
Chief United Stated District Judge